## (February 9, 1962)

In the Matter of HAROLD ANDERSON et al. v. THEODORE H. LANG et al.— Motion by Joseph Veyvoda, John Berryman, Joseph Allen, and others to file a brief as *amicus curiæ* granted only insofar as to permit movants to file a brief as *amicus curiæ* on or before February 19, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.